WILLIAM D. M. HOLMES, Appellant, v. BENJAMIN H. HOLMES, ANNA HOLMES, etc., and WILLIAMS FINANCE CORPORATION, etc., Respondents.— Motion granted to the extent of staying all proceedings on the part of defendants pending the perfection of the appeal, provided that the appeal be perfected and brought on

* See *ante* p. 840.— [REP.

for argument at the June term.  Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.